UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COLLEEN GORDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-02300-JPH-MJD |
| | ) |
| EVAN TUNIS, | ) |
| E & M GLOBAL INSURANCE, | ) |
| ETS INSURANCE SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON JURISDICTION**

Plaintiff Colleen Gordon has filed a complaint alleging diversity jurisdiction over this matter. Dkt. 1. For the Court to have diversity jurisdiction, the amount in controversy must exceed $75,000, exclusive of interest and costs, and the litigation must be between citizens of different states. 28 U.S.C. § 1332(a). The citizenship of an individual is not based on where the individual resides, but on where the individual is a citizen. *Hunter v. Amin*, 583 F.3d 486, 491 (7th Cir. 2009). And a corporation is a citizen of any state in which it is incorporated and of the state in which it has its principal place of business. 28 U.S.C. § 1332(c)(1); *see Smoot v. Mazda Motors of Am., Inc.*, 469 F.3d 675, 676 (7th Cir. 2006).

Here, Ms. Gordon's complaint does not identify the citizenship of Defendant Evan Tunis. *See* dkt. 1 at 2. And while it states that Defendants E & M Global Insurance and ETS Insurance Company are corporations, it does not identify either company's principal place of business. *Id.* at 1–2. A federal

court always has the responsibility to ensure it has jurisdiction.  *Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 427 (7th Cir. 2009).  The Court's obligation includes knowing the details of the underlying jurisdictional allegations.  *See Evergreen Square of Cudahy v. Wis. Hous. and Econ. Dev. Auth.*, 776 F.3d 463, 465 (7th Cir. 2015).

Therefore, the Court **ORDERS** Ms. Gordon to file a jurisdictional statement **by October 16, 2020**, addressing the issues identified in this order.

**SO ORDERED.**

Date: 9/14/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Denise M. Clark
CLARK LAW GROUP, PLLC
dmclark@benefitcounsel.com